# ELECTRONIC RECORD

589-15

COA #    12-14-00190-CR                  OFFENSE:  49.04

STYLE:  The State of Texas v. Alma Munoz          COUNTY:  Collin
        Ghaffer

COA DISPOSITION:    REVERSED              TRIAL COURT:  County Court

DATE: 04/15/2015        Publish: NO    TC CASE #:    005-86365-2013

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  The State of Texas v. Alma Munoz          CCA #:    589-15
        Ghaffer

_____APPELLEE'S_____ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:        _____

_____refused_____                         JUDGE:       _____

DATE: July 29, 2015                       SIGNED: _____    PC: _____

JUDGE: PC                                 PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD